## ASA S. FOX *versus* LUC JOLETTE

JOURNAL ENTRIES (1820–22): *Journal 3:* (1) Rule to join in errors *p. 62; (2) agreement for trial, errors waived *p. 78; (3) jury trial *p. 217-f; (4) attendance of witnesses proved *p. 217-f; (5) disagreement reported, testimony explained *p. 217-g; (6) jury called, eleven answered, discharged *p. 217-j; (7) continued *p. 254; (8) jury trial *p. 282; (9) verdict *p. 282; (10) attendance of witness proved *p. 282; (11) rule for judgment *p. 282.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) recognizance of special bail; (3) writ of habeas corpus cum causa; (4) transcript of county court record; (5) assignment of errors, joinder; (6) precipe for subpoena; (7) subpoena; (8) affidavit of Jean Dorval; (9) precipe for subpoena; (10) subpoena; (11) declaration; (12) plea of non assumpsit and tender; (13) panel of jurors; (14) precipe for subpoena; (15–16) subpoenas; (17) precipe for subpoena; (18) subpoena; (19) panel of jurors; (20) verdict; (21) precipe for fi. fa.; (22) writ of fi. fa. and return; (23) memo. of costs; (24) statement of accounts.

*Office Docket*, MS p. 117, c. 16. Recorded in *Book A*, MS pp. 430–42.